KILPATRICK TOWNSEND & STOCKTON LLP
Nancy L. Stagg (State Bar No. 157034)
nstagg@kilpatricktownsend.com
12255 El Camino Real, Suite 250
San Diego, CA  92130
Telephone:   (858) 350-6156
Facsimile:    (858) 408 3931

Adam Wiley (State Bar No. 298686)
awiley@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone:    (310) 777-3733
Facsimile:     (310) 860-0363

Attorneys for Defendant
LEVI STRAUSS & CO.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA WECHTER, ON HER OWN BEHALF AND ON BEHALF OF OTHER INDIVIDUALS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>LEVI STRAUSS & CO., A DELAWARE CORPORATION, AND DOES 1-50, INCLUSIVE,<br><br>Defendant. | Case No. 20-cv-01107-JD<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER AFTER PLAINTIFF'S ACCEPTANCE OF DEFENDANT LEVI STRAUSS & CO.'S AMENDED RULE 68 OFFER OF JUDGMENT**<br><br>Judge:    Hon. James Donato<br><br>Class Action Complaint Filed: February 12, 2020 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT in accord with Rule 68(a) of the Federal Rules of Civil Procedure, the Parties, by and through their counsel, stipulate to the following:

1. On September 29, 2020, Defendant Levi Strauss & Co. ("Defendant") served a Rule 68 Offer of Judgment on Plaintiff Rebecca Wechter ("Plaintiff"). On October 5, 2020, Defendant served by U.S. Mail an Amended Rule 68 Offer of Judgment. A true and correct copy of the Amended Rule 68 Offer of Judgment is attached to this Stipulation and Proposed Order as

1  **Exhibit A.**

2      2.    On October 22, 2020 Plaintiff timely accepted Defendant's Amended Rule 68 Offer of Judgment by writing sent by her attorneys to attorneys for Defendant.

4      3.    Based on Rule 68, the Parties stipulate and request that the Court order that the instant action, *Rebecca Wechter, et al. v. Levi Strauss & Co., et al.*, Case No. 4:20-cv-01107-JD, be dismissed <u>without</u> prejudice as to the proposed Class and Subclass claims against Levi Strauss, and <u>with</u> prejudice as to Plaintiff Rebecca Wechter's individual claims against Levi Strauss. The Parties further stipulate that Plaintiff and Defendant are each to bear her or its own fees and costs, except as agreed between them in the Rule 68 offer and acceptance.

IT IS SO STIPULATED.

DATED: February 8, 2021    KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Nancy L. Stagg*
       Nancy L. Stagg

Attorneys for Defendant
LEVI STRAUSS & CO.

DATED: February 8, 2021    BRADLEY/GROMBACHER, LLP

By: */s/ Kiley L. Grombacher*
       Kiley L. Grombacher

Attorneys for Plaintiff,
REBECCA WECHTER, individually and on behalf of other individuals similarly situated

DATED: February 8, 2021    LEXICON LAW, PC

By: */s/ John R. Habashy*
       John R. Habashy

Attorneys for Plaintiff,
REBECCA WECHTER, individually and on behalf of other individuals similarly situated

STIPULATION AND ORDER REGARDING PLAINTIFF'S ACCEPTANCE OF DEFENDANT LEVI STRAUSS & CO.'S AMENDED RULE 68 OFFER OF JUDGMENT
CASE NO. 4:20-CV-01107-JD
- 2 -

| | |
|---|---|
| 1 | **FILER'S ATTESTATION PER CIVIL L.R. 5-1(i)(3)** |
| 2 | Pursuant to Civil. L.R. 5-1(i)(3), I attest that the undersigned has obtained the consent of the |
| 3 | other signatories to this document to electronically sign and file this document. |

DATED:  February 8, 2021        KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Nancy L. Stagg*
         Nancy L. Stagg

Attorneys for Defendant
LEVI STRAUSS & CO.

[PROPOSED] ORDER

GOOD CAUSE APPEARING, the Stipulation of the Parties is granted. The Clerk is ordered to enter Judgment of Dismissal in favor of Defendant Levi Strauss & Co., with prejudice as to the claims of Plaintiff Rebecca Wechter in her individual capacity and without prejudice as the claims of the proposed Classes and Subclasses. Each Party to bear her or its own attorneys' fees and costs, except as otherwise set forth in the Amended Rule 68 Offer of Judgment submitted as Exhibit A to the Parties' Stipulation.

IT IS SO ORDERED.

DATED: _____    _____
United States District Judge

**Exhibit A**

KILPATRICK TOWNSEND & STOCKTON LLP
Nancy L. Stagg (State Bar No. 157034)
nstagg@kilpatricktownsend.com
12255 El Camino Real, Suite 250
San Diego, CA  92130
Telephone:   (858) 350-6156
Facsimile:    (858) 408 3931

Adam Wiley (State Bar No. 298686)
awiley@kilpatricktownsend.com
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone:    (310) 777-3733
Facsimile:     (310) 860-0363

Attorneys for Defendant
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA WECHTER, ON HER OWN BEHALF AND ON BEHALF OF OTHER INDIVIDUALS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>LEVI STRAUSS & CO., A DELAWARE CORPORATION, AND DOES 1-50, INCLUSIVE,<br><br>Defendant. | Case No. 4:20-cv-01107-JD<br><br>**DEFENDANT LEVI STRAUSS & CO.'S AMENDED RULE 68 OFFER OF JUDGMENT TO PLAINTIFF REBECCA WECHTER**<br><br>Judge:    Hon. James Donato<br><br>Class Action Complaint Filed: February 12, 2020 |

Pursuant to Federal Rule of Civil Procedure 68, Defendant Levi Strauss & Co. ("Levi Strauss") offers to allow entry of judgment as follows:  judgment in favor of Plaintiff Rebecca Wechter ("Plaintiff"), in her individual capacity, and against Levi Strauss & Co. for the total sum of $30,000, which shall include all costs and attorneys' fees otherwise recoverable in this action. The total sum above reflects the following apportionment:  $1,000 on Plaintiff's first claim for failure to make proper disclosures in violation of 15 U.S.C. § 1681(b)(2)(A)(i) (Fair Credit Reporting Act); $1,000 on Plaintiff's second claim for failure to obtain proper authorization in

violation of 15 U.S.C. § 1681(b)(2)(A)(ii) (Fair Credit Reporting Act); $10,000 on Plaintiff's third claim for violation of Cal. Civ. Code §1786 (ICRAA) and $5,000 on Plaintiff's fourth claim for violation of Cal. Civ. Code §1785 (CCRAA); and the additional sum of $13,000 for attorneys' fees and costs.

If Plaintiff does not accept this offer, and the judgment it finally obtains is not more favorable than the unaccepted offer, Plaintiff must pay the costs incurred by Levi Strauss after the offer was made pursuant to Rule 68(d) of the Federal Rules of Civil Procedure.

This offer is made more than 14 days before this case is set for trial. This offer shall remain open and irrevocable for 14 days after its service. This offer shall not be filed with the Court unless Plaintiff accepts it within 14 days of service. If Plaintiff does not accept the offer within 14 days after service, this offer is deemed withdrawn. Defendant makes no admission of liability by way of this offer of judgment.

DATED: October 5, 2020    KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Nancy L. Stagg*
Nancy L. Stagg

Attorneys for Defendant
LEVI STRAUSS & CO.

# PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to this action. My business address is Kilpatrick Townsend & Stockton LLP, 12255 El Camino Real, Suite 250, San Diego, California 92130.

On the date set forth below, I served the foregoing document entitled DEFENDANT LEVI STRAUSS & CO.'S AMENDED RULE 68 OFFER OF JUDGMENT TO PLAINTIFF REBECCA WECHTER on the interested parties in this action, as follows:

Attorneys for Plaintiff, Rebecca Wechter

| | |
|---|---|
| Marcus J. Bradley | John R. Habashy |
| Kiley L. Grombacher | Tiffany N. Buda |
| BRADLEY/GROMBACHER, LLP | LEXICON LAW, PC |
| 31365 Oak Crest Drive, Suite 240 | 633 W. 5th Street, 28th Floor |
| Westlake Village, CA 91361 | Los Angeles, Ca 90071 |
| Tel: (805) 270-7100 | Tel: (877) 529-5090 |
| mbradley@bradleygrombacher.com | john@lexiconlaw.com |
| kgrombacher@bradleygrombacher.com | tiffany@lexiconlaw.com |

☒ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Electronic Transmission] Based on agreement of the parties to accept service by electronic transmission, I caused said document to be sent by electronic notification to the e-mail address indicated for the party(ies) listed above.

☐ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressees.

☐ [By Hand] I directed each envelope to the parties so designated on the service list to be delivered by courier this date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on October 5, 2020, at San Diego, California.

/s/ Margaret R. Chapman
Margaret R. Chapman