UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA WECHTER,<br><br>        Plaintiff,<br><br>    v.<br><br>LEVI STRAUSS & CO.,<br><br>        Defendant. | Case No. 3:20-cv-01107-JD<br><br>**JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 58, and the Rule 68 offer of judgment accepted by plaintiff, Dkt. No. 31, plaintiff's individual claims are dismissed with prejudice, and all claims on behalf of the putative class and subclass are dismissed without prejudice.

Judgment is entered for plaintiff Rebecca Wechter, in her individual capacity, and against Levi Strauss & Co. for the total sum of $30,000, which includes all costs and attorneys' fees that may be recoverable in this action. The total sum is apportioned as follows: $1,000 on plaintiff's first claim for failure to make proper disclosures in violation of 15 U.S.C. § 1681(b)(2)(A)(i) (Fair Credit Reporting Act); $1,000 on plaintiff's second claim for failure to obtain proper authorization in violation of 15 U.S.C. § 1681(b)(2)(A)(ii) (Fair Credit Reporting Act); $10,000 on plaintiff's third claim for violation of Cal. Civ. Code § 1786 (ICRAA) and $5,000 on plaintiff's fourth claim for violation of Cal. Civ. Code § 1785 (CCRAA). The remaining sum of $13,000 is for attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: February 12, 2021

                                                                _____
                                                                 JAMES DONATO
                                                                 United States District Judge